George W. Rossetter, appellant, v. Library Press, appellee. Gen. No. 25,972.

Action for salary accruing under a contract of employment. Judgment for plaintiff and plaintiff appealed on the ground of inadequacy of verdict. Appeal from the Municipal Court of Chicago;

the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and judgment here. Opinion filed November 2, 1921.

Sonnenschein,. Berkson, Lautmann & Levinson, for appellant; Edward P. Morse, of counsel. Herbert J. Friedman and Herbert A. Friedlich, for appellee.

Mr. Justice Thomson delivered the opinion of the court.